# EXHIBIT 1

STARK & STARK
A Professional Corporation
Mailing Address: PO Box 5315, Princeton, NJ 08543
Office Location: 993 Lenox Drive, Lawrenceville, NJ 08648
609.896.9060
Michael G. Donahue, III, Esq., Attorney ID#: 045771994
Attorneys for Plaintiffs

| | |
|---|---|
| JOAO MATIAS and ARMANDA MATIAS, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>UNION COUNTY<br>LAW DIVISION<br><br>Docket No. UNN-L-1388-21<br><br>**CIVIL ACTION**<br><br>**SUMMONS** |

**From The State of New Jersey to The Defendant(s) Named Above: Maersk Agency U.S.A., Inc.**

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each Deputy Clerk of the Superior Court is available in the Civil Division Management Office in the County listed above and online at https://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney, whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live, or the Legal Services of New Jersey Statewide Hotline, at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at https://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/ Michelle M. Smith
Michelle M. Smith
Clerk of the Superior Court

DATED: April 22, 2021
Name of Defendant to be served:     Maersk Agency U.S.A., Inc.
Address of Defendant to be served:  c/o C T CORPORATION SYSTEM
                                     820 BEAR TAVERN ROAD
                                     WEST TRENTON, NJ 08628

# Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

STARK & STARK, A Professional Corporation
Mailing Address: PO Box 5315, Princeton, NJ 08543
Office Location: 993 Lenox Drive, Lawrenceville, NJ 08648
(609) 896-9060
**Michael G. Donahue, III, Esq.**
**Attorney ID#: 04577-1994**
**Attorneys for Plaintiffs**
**Joao Matias and Armanda Matias**

| | |
|---|---|
| JOAO MATIAS and ARMANDA MATIAS, his wife,<br><br>Plaintiff,<br><br>vs.<br><br>APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>UNION COUNTY LAW DIVISION<br><br>Docket No. UNN-L-<br><br>**CIVIL ACTION**<br><br>**COMPLAINT AND JURY DEMAND**<br><br>**DEMAND FOR ANSWERS TO INTERROGATORIES** |

Plaintiffs, JOAO MATIAS and ARMANDA MATIAS, residing in the City of New Bedford, County of Bristol, and State of Massachusetts, by way of Complaint, say:

STARK & STARK
ATTORNEYS AT LAW

1

4828-3494-7558, v. 1

## FIRST COUNT

1.  Plaintiff, JOAO MATIAS, was severely and permanently injured while lawfully on the premises known as the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

2.  Defendant, APM TERMINALS NORTH AMERICA, INC., is a business entity incorporated in the State of Delaware with offices and a place of business in New Jersey. At all relevant times, Defendant, APM TERMINALS NORTH AMERICA, INC., engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

3.  Defendant, APM TERMINALS NORTH AMERICA, INC., owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

4.  Defendant, APM TERMINALS ELIZABETH, LLC, is a business entity incorporated in the State of Delaware with offices and a principle place of business in New Jersey. At all relevant times, Defendant, APM TERMINALS ELIZABETH, LLC, engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

5.  Defendant, APM TERMINALS ELIZABETH, LLC, owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

6.  Defendant, A.P. MOLLER – MAERSK A/S, is a business entity organized and existing under the laws of Denmark with an office and place of business located at Esplanaden 50 Copenhagen DK-1098. At all relevant times, Defendant, A.P. MOLLER – MAERSK A/S, engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

STARK & STARK
ATTORNEYS AT LAW

2

7. Defendant, A.P. MOLLER – MAERSK A/S, owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

8. Defendant, A.P. MOLLER-MAERSK INC., is a business entity incorporated in the State of Delaware with offices and a principle place of business at 180 Park Avenue, in the Borough of Florham Park, County of Morris, and State of New Jersey. At all relevant times, Defendant, A.P. MOLLER-MAERSK INC., engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

9. Defendant, A.P. MOLLER-MAERSK INC., owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

10. Defendant, MAERSK, INC., is a business entity incorporated in the State of New York with offices a principle place of business at 180 Park Avenue, in the Borough of Florham Park, County of Morris, and State of New Jersey. At all relevant times, Defendant, MAERSK, INC., engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

11. Defendant, MAERSK, INC. owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

12. Defendant, MAERSK A/S (also known as MAERSK LINE A/S), is a corporation organized and existing under the laws of Denmark with an office and place of business located in Copenhagen, Denmark. At all relevant times, Defendant, MAERSK A/S, engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

13. Defendant, MAERSK A/S, owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

14. Defendant, MAERSK AGENCY USA, INC., is a business entity incorporated in the State of Delaware, serving as an agent for MAERSK A/S (also known as MAERSK LINE A/S) in the United States, with offices and a principle place of business at 180 Park Avenue, in the Borough of Florham Park, County of Morris, and State of New Jersey. At all relevant times, Defendant, MAERSK AGENCY USA, INC., engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

15. Defendant, MAERSK AGENCY USA, INC., owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

16. Defendant, MAERSK SERVICES USA INC., is a business entity incorporated in the State of Delaware with offices and a principle place of business at 180 Park Avenue, in the Borough of Florham Park, County of Morris, and State of New Jersey. At all relevant times, Defendant, MAERSK SERVICES USA INC., engaged in business within the State of New Jersey, on a regular, systematic, continuous, and substantial basis.

17. Defendant, MAERSK SERVICES USA INC., owned, leased, possessed, operated, serviced, inspected, maintained, repaired, or controlled the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

18. At present, the identities of Defendants, XYZ ENTITIES 1-10, ABC CORPORATIONS 1-10, and JOHN DOES 1-10, are unknown. As such, XYZ ENTITIES 1-10, ABC CORPORATIONS 1-10, and JOHN DOES 1-10, are fictitious designations, representing one or

more individual(s), sole proprietorship(s), association(s), limited partnership(s), general partnership(s), limited liability company(ies) and/or corporation(s), which in any way owned, leased, possessed, operated, serviced, inspected, maintained, repaired, and/or controlled any part of the premises known as APM TERMINAL located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey.

19. On July 5, 2019, Plaintiff, JOAO MATIAS, was a business invitee and lawfully on the premises known as the APM TERMINAL, located at 5080 McLester Street, in the City of Elizabeth, County of Union, and State of New Jersey to perform his job duties, functions, and responsibilities as a truck driver.

20. At the same time and place, Plaintiff, JOAO MATIAS, exited his truck as required by the procedures, policies, directions, instructions or conditions present at the ATM Terminal.

21. At the same time and place, Plaintiff, JOAO MATIAS, was exposed to a dangerous condition including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable condition.

22. At the same time and place, Plaintiff, JOAO MATIAS, was caused to fall due to a dangerous condition including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable condition resulting in injury to Plaintiff, JOAO MATIAS.

23. Defendants, APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious

STARK & STARK
ATTORNEYS AT LAW

designations), their agents, servants and employees, caused the aforesaid occurrence by negligent acts and omissions including, but not limited to, the following:

a. allowing a dangerous condition including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable conditions to exist despite actual notice;

b. allowing a dangerous condition including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable conditions to exist despite constructive notice;

c. creating a dangerous condition including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable conditions;

d. failing to warn against the existence of a dangerous conditions including broken pavement, damaged pavement, uneven pavement, disrupted pavement, or other unreasonable conditions despite actual or constructive notice;

e. failing to operate the APM Terminal in a reasonably safe manner;

f. failing to provide reasonable procedures, policies, directions, instructions or conditions to protect drivers using the APM Terminal;

g. failing to enforce reasonable procedures, policies, directions, instructions or conditions to protect drivers using the APM Terminal;

h. failing to provide direction or instruction to drivers, including the Plaintiff, as to the appropriate container pick-up/drop off locations;

i. failing to properly staff the APM Terminal with an employee or employees to direct drivers, including the Plaintiff, to the appropriate locations to park their trucks;

STARK & STARK
ATTORNEYS AT LAW

j.  requiring drivers, including the Plaintiff, to leave their vehicles to determine to obtain necessary information to perform their assigned task;

k.  absent, unsafe, unreasonable, or improper inspection of the APM Terminal including the pavement and other structures;

l.  absent, unsafe, unreasonable, or improper maintenance of the APM Terminal including the pavement and other structures;

m.  absent, unsafe, unreasonable, or improper repair of the APM Terminal including the pavement and other structures;

n.  failing to train and/or instruct its employees to inspect, repair, and maintain the APM Terminal including the pavement and other structures;

o.  permitting any other dangerous conditions to exist which were a cause of Plaintiff's injuries despite actual or constructive notice;

p.  failing to reasonably maintain the premises;

q.  failing to make proper and timely inspections of the APM Terminal including the pavement and other structures;

r.  failing to provide safe walking conditions and safe passageway for persons allowed on and invited to use the APM Terminal including the pavement and other structures; or

s.  otherwise in failing to exercise due care under the circumstances.

24. As a result of the negligence of Defendants, APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN

STARK & STARK
ATTORNEYS AT LAW

DOES 1-10 (fictitious designations), their agents, servants and employees, and their disregard for the safety of others, Plaintiff, JOAO MATIAS, was caused to suffer severe bodily injuries, some of which are permanent in nature, has been caused and will be caused to expend large sums of money for medical treatment necessary to effect a cure for his injuries, has been caused and will in the future be caused great pain and suffering, has been caused and will in the future be caused to be unable to pursue his usual activities, and has been and will in the future be caused to lose large sums of money due to his inability to pursue his usual occupation.

WHEREFORE, Plaintiff, JOAO MATIAS, demands Judgment against the Defendants, APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations), individually, jointly, severally, or in the alternative, as follows:

a.   For compensatory damages, general and special, in any specific amount as the Court and Jury may deem just and proper;

b.   For interest;

c.   For costs of suit;

d.   For attorneys' fees; and

e.   For such further relief as the Court may deem just and proper.

## SECOND COUNT

25. Plaintiff, ARMANDA MATIAS, is the wife of Plaintiff, JOAO MATIAS.

26. Plaintiff, ARMANDA MATIAS, repeats all the allegations set forth in the First Count of this Complaint and makes them apart hereof.

STARK & STARK
ATTORNEYS AT LAW

8

4828-3494-7558, v. 1

27. As a result of the negligence of defendants, Defendants, APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations), and their disregard for the safety of others, Plaintiff, ARMANDA MATIAS, has been caused and will be caused loss services of her dear husband, and has been caused, and will be caused to suffer loss of consortium.

WHEREFORE, plaintiff, ARMANDA MATIAS, demands Judgment against the Defendants, APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations), individually, jointly, severally, or in the alternative, as follows:

a.   For compensatory damages, general and special, in any specific amount as the Court and Jury may deem just and proper;

b.   For interest;

c.   For costs of suit;

d.   For attorneys' fees; and

e.   For such further relief as the Court may deem just and proper.

STARK & STARK
A Professional Corporation
Attorneys for Plaintiff

By:___ /s Michael G. Donahue _____
      MICHAEL G. DONAHUE

STARK & STARK
ATTORNEYS AT LAW

9

4828-3494-7558, v. 1

## JURY DEMAND

Plaintiffs, JOAO MATIAS and ARMANDA MATIAS, hereby demand a trial by jury as to all issues.

## CERTIFICATION OF OTHER ACTIONS/PARTIES

Pursuant to the provisions of Rule 4:5-1, the undersigned attorney certifies that this matter is the subject of a worker's compensation action pending in the Commonwealth of Massachusetts. All known necessary parties have been joined in this action.

## CERTIFICATION OF COMPLIANCE WITH R.1:38-7(c)(1)

Pursuant to R. 1:38-7(b), all confidential identifiers of the parties to this action have or will be redacted from all documents or pleadings submitted to the court.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4 the Court is advised that MICHAEL G. DONAHUE is hereby designated as trial counsel.

> STARK & STARK
> A Professional Corporation
> Attorneys for Plaintiff
>
> By: ___/s Michael G. Donahue___
>      MICHAEL G. DONAHUE

## DEMAND FOR ANSWERS TO INTERROGATORIES & SUPPLEMENTAL INTERROGATORIES

Plaintiff, JOAO MATIAS and ARMANDA MATIAS, demand that Defendants APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S;

STARK & STARK
ATTORNEYS AT LAW

MAERSK AGENCY USA, INC.; and MAERSK SERVICES USA INC., provide answers to interrogatories as follows:

**FORM C and FORM C(2) UNIFORM INTERROGATORIES**, *as set forth in Appendix II of the New Jersey Court Rules effective September 1, 2016.*

**SUPPLEMENTAL INTERROGATORIES #1-10.**

STARK & STARK
A Professional Corporation
Attorneys for Plaintiff

By:____/s Michael G. Donahue____
         MICHAEL G. DONAHUE

Dated:  April 21, 2021

STARK & STARK
ATTORNEYS AT LAW

11

# SUPERIOR COURT OF NEW JERSEY
## UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L-1388-21

## <u>AFFIDAVIT OF SERVICE</u>

I, Alicia Lynch, being duly sworn, state:

I, Alicia Lynch, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Maersk Agency U.S.A., Inc. in Mercer County, NJ on April 23, 2021 at 2:49 pm at 820 Bear Tavern Rd, West Trenton, NJ 08628 by leaving the following documents with Breon Thompson who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Maersk Agency U.S.A., Inc..

Summons of Maesk Agency U. S. A., Inc.
Complaint

Additional Description:
I was able to serve Breon Thompson the intake specialist at CT Corp, the registered agent for Maersk Agency USA Inc, on Friday afternoon at 2:45 p.m. April 23rd 2021.

Black or African American Male, est. age 30, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.27840536,-74.82810828
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND
CORRECT.

Executed in ___Bucks County__ , __PA__ on

___4/23/2021___ .

*Alicia Lynch*

Signature
Alicia Lynch
(267) 912-9470

SUPERIOR COURT OF NEW JERSEY
UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM
TERMINALS ELIZABETH, LLC; A.P. MOLLER-
MAERSK A/S; A.P. MOLLER-MAERSK INC.;
MAERSK, INC.; MAERSK A/S; MAERSK AGENCY
USA, INC.; MAERSK SERVICES USA INC.; XYZ
ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or
JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

**<u>AFFIDAVIT OF SERVICE</u>**

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on A.P. Moller - Maersk A/S in Mercer County, NJ on April 28, 2021 at 1:41 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for A.P. Moller - Maersk A/S.

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784648703,-74.8286653034
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in   Union County  ,   NJ   on

  5/3/2021  .

*Jason Rienzo*
_____
Signature
Jason Rienzo
(848) 459-2182

SUPERIOR COURT OF NEW JERSEY
UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM
TERMINALS ELIZABETH, LLC; A.P. MOLLER-
MAERSK A/S; A.P. MOLLER-MAERSK INC.;
MAERSK, INC.; MAERSK A/S; MAERSK AGENCY
USA, INC.; MAERSK SERVICES USA INC.; XYZ
ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or
JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

**<u>AFFIDAVIT OF SERVICE</u>**

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on A.P. Moller - Maersk Inc. in Mercer County, NJ on April 28, 2021 at 1:42 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott Kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for A.P. Moller - Maersk Inc..

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784651036,-74.8286277693
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in __Union County__ , __NJ__ on

__5/3/2021__ .

*Jason Rienzo*

Signature

Jason Rienzo

(848) 459-2182

SUPERIOR COURT OF NEW JERSEY

UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM
TERMINALS ELIZABETH, LLC; A.P. MOLLER-
MAERSK A/S; A.P. MOLLER-MAERSK INC.;
MAERSK, INC.; MAERSK A/S; MAERSK AGENCY
USA, INC.; MAERSK SERVICES USA INC.; XYZ
ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or
JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

### <u>AFFIDAVIT OF SERVICE</u>

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on APM Terminals Elizabeth, LLC in Mercer County, NJ on April 28, 2021 at 1:40 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott Kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for APM Terminals Elizabeth, LLC.

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784690225,-74.8286651293
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND
CORRECT.

Executed in  __Union County__ , __NJ__  on

__5/3/2021__ .

*Jason Rienzo*
_____

Signature
Jason Rienzo
(848) 459-2182

# SUPERIOR COURT OF NEW JERSEY
## UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

*Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM
TERMINALS ELIZABETH, LLC; A.P. MOLLER-
MAERSK A/S; A.P. MOLLER-MAERSK INC.;
MAERSK, INC.; MAERSK A/S; MAERSK AGENCY
USA, INC.; MAERSK SERVICES USA INC.; XYZ
ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or
JOHN DOES 1-10 (fictitious designations),**

Case No.: UNN-L- 1388-21

*Defendant(s) / Respondent(s)*

## <u>AFFIDAVIT OF SERVICE</u>

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on APM Terminals North America, Inc. in Mercer County, NJ on April 28, 2021 at 1:38 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott Kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for APM Terminals North America, Inc..

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784655886,-74.8286476227
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  __Union County__ ,  __NJ__  on    __Jason Rienzo__

 __5/3/2021__  .                              Signature

                                             Jason Rienzo

                                             (848) 459-2182

## SUPERIOR COURT OF NEW JERSEY
## UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

## <u>AFFIDAVIT OF SERVICE</u>

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Maersk A/S in Mercer County, NJ on April 28, 2021 at 1:45 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott Kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Maersk A/S.

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784699854,-74.8286638928
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in   Union County  ,   NJ   on
  5/3/2021  .

*Jason Rienzo*

Signature
Jason Rienzo
(848) 459-2182

SUPERIOR COURT OF NEW JERSEY

UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

    *Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM
TERMINALS ELIZABETH, LLC; A.P. MOLLER-
MAERSK A/S; A.P. MOLLER-MAERSK INC.;
MAERSK, INC.; MAERSK A/S; MAERSK AGENCY
USA, INC.; MAERSK SERVICES USA INC.; XYZ
ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or
JOHN DOES 1-10 (fictitious designations),**

    *Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

### <ins>AFFIDAVIT OF SERVICE</ins>

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Maersk, Inc. in Mercer County, NJ on April 28, 2021 at 1:44 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott Kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Maersk, Inc..

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784540298,-74.8286833677
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in   Union County  ,   NJ   on

  5/3/2021  .

*Jason Rienzo*

Signature
Jason Rienzo
(848) 459-2182

# SUPERIOR COURT OF NEW JERSEY
## UNION COUNTY - LAW DIVISION

**JOAO MATIAS and ARMANDA MATIAS, his wife,**

*Plaintiff(s) / Petitioner(s)*

v.

**APM TERMINALS NORTH AMERICA, INC.; APM TERMINALS ELIZABETH, LLC; A.P. MOLLER-MAERSK A/S; A.P. MOLLER-MAERSK INC.; MAERSK, INC.; MAERSK A/S; MAERSK AGENCY USA, INC.; MAERSK SERVICES USA INC.; XYZ ENTITIES 1-10; ABC CORPORATIONS 1-10; and/or JOHN DOES 1-10 (fictitious designations),**

*Defendant(s) / Respondent(s)*

Case No.: UNN-L- 1388-21

## <u>AFFIDAVIT OF SERVICE</u>

I, Jason Rienzo, being duly sworn, state:

I, Jason Rienzo, declare under penalty of perjury that the following is true and correct: At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents on Maersk Services USA Inc. in Mercer County, NJ on April 28, 2021 at 1:46 pm at 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628 by leaving the following documents with Scott kuntz who as Intake specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Maersk Services USA Inc..

Summons
Complaint

Additional Description:
Served on registered agent as directed

White Male, est. age 30, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=40.2784694479,-74.8286464508
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in __Union County__ , __NJ__ on

__5/3/2021__ .

*Jason Rienzo*
_____
Signature
Jason Rienzo
(848) 459-2182